**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO.    5:07 CR 37** |
| | ) | |
| **Plaintiff/respondent,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Milon Lamar Lewis,** | ) | <u>**Order**</u> |
| | ) | |
| **Defendant/petitioner.** | ) | |

In accordance with the Order issued by the United States Court of Appeals for the Sixth Circuit, petitioner's second or successive § 2255 motion is hereby held in abeyance pending the outcome of *Beckles v. United States,* 136 S.Ct. 2510 (2016).

IT IS SO ORDERED.


    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/24/16

1